# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:

JENNY A. LOOZE

Debtor(s)

Case No. 1:22-bk-05009

Chapter 13

Honorable Janet S. Baer

To:   *Jenny A. Looze, 310 N Washington St, Carpentersville, IL 60110-1838 (Via U.S. Mail)*

*Glenn B. Stearns, 801 Warrenville Rd, Suite 650, Lisle, IL 60532-4350 (Via ECF)*

**PLEASE TAKE NOTICE** that on August 5, 2022, at 9:30 AM, I will appear before the Honorable Janet S. Baer, or any Judge sitting in that Judge's place, and present **DEBTOR'S ATTORNEY'S *AMENDED* APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is **160 731 2971** and the password is **587656**. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

*/s/ Joseph S. Davidson*

Joseph P. Doyle

Joseph S. Davidson<br>
LAW OFFICES OF JOSEPH P. DOYLE LLC<br>
105 S Roselle Rd, Suite 203<br>
Schaumburg, IL 60193<br>
+1 847-985-1100<br>
joe@fightbills.com<br>
jdavidson@fightbills.com

## **CERTIFICATE OF SERVICE**

I, Joseph S. Davidson, certify that I caused a copy of this notice and Application to be served, via electronic case filing Glenn B. Stearns, Chapter 13 Trustee and via United States First Class Mail® to Jenny A. Looze on July 21, 2022 before the hour of 5:00 p.m. from the office located at 105 South Roselle Road, Suite 203, Schaumburg, Illinois 60193.

*/s/ Joseph S. Davidson*

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:

JENNY A. LOOZE

Debtor(s)

Case No. 1:22-bk-05009

Chapter 13

Honorable Janet S. Baer

## ATTORNEY'S *AMENDED* APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1. All disclosures required by Local Rule 2016-1 have been made.

2. The attorney and the debtor(s) have either:

    i. Not entered into any other agreements that provide for the attorney to receive:

        a. Any kind of compensation, reimbursement, or other payment, or

        b. Any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    ii. Have specifically discussed and understand that:

a. The Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

b. The terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

c. The Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

d. Any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$4,000.00 flat fee for services through case closing.

**Reimbursement sought for expenses in this case:**

$0.00 for filing fee paid by the attorney with the attorney's funds

$0.00 for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$0.00 Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement.**

■ None

A total of $0.00.

DATED: July 21, 2022                              Respectfully submitted,

**LAW OFFICES OF JOSEPH P. DOYLE LLC**

By: */s/ Joseph S. Davidson*

Joseph P. Doyle
Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC

105 S Roselle Rd, Suite 203
Schaumburg, IL 60193
+1 847-985-1100
joe@fightbills.com
jdavidson@fightbills.com